| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO<br>United States Attorney<br>2  LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>3  Social Security Administration<br>SARAH RYAN, State Bar of Texas 17479500<br>4  Special Assistant United States Attorney | **E-Filed 1/28/09** |

5       333 Market Street, Suite 1500
         San Francisco, CA 94105
6        Telephone: 415-977-8978
         Facsimile:  415-744-0134
7        Email: sarah.ryan@ssa.gov

8   Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GLENARD JOHNSON, | ) | CIVIL NO.  C 007 05223 JF |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ |
|  | ) | ORDER FOR DEFENDANT'S FIRST |
| MICHAEL J. ASTRUE, | ) | EXTENSION OF TIME TO RESPOND |
| Commissioner of Social Security | ) | TO PLAINTIFF'S MOTION FOR |
|  | ) | SUMMARY JUDGMENT; |
| Defendant. | ) | ~~[PROPOSED]~~ ORDER GRANTING |
|  | ) | EXTENSION OF TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days from the time of the filing of this motion to respond to Plaintiff's motion for summary judgment.  This motion requests extraordinary relief in that Plaintiff filed his motion for summary judgment (Doc. 13) on February 20, 2008.  Under the Court's scheduling order of October 11, 2007, Defendant should have filed a responsive pleading within thirty days of Plaintiff's filing of his motion for summary judgment, or by March 22, 2008.  However, Defendant did not for the following reasons, which are offered not as excuses, but in mitigation and support of Defendant's late request for an extension of time in which to file a responsive cross-motion and brief.

   This case was originally assigned to Leo R. Montenegro, Assistant Regional Counsel for the Counsel, to serve as Special Assistant United States Attorney. On February 28, 2008, it was transferred and reassigned to the undersigned attorney, Assistant Regional Counsel for the Commissioner, Sarah Ryan, to

serve as Special Assistant United States Attorney (Doc. 13).  The undersigned attorney had just returned to the office the week of February 25 through 28, 2008, after having been out of the office on extended medical leave for almost three months.  For some unexplained reason, the undersigned attorney was unaware of this case reassignment, and was unaware that Plaintiff had filed his motion for summary judgment and that a response was due on March 22, 2008, from the Commissioner.  In fact, it was not until Plaintiff's attorney's office contacted the undersigned attorney on January 22, 2009, that the undersigned attorney became aware that this case was on her caseload.  Contrary to the usual and customary business practices of the undersigned attorney's office, when this case was reassigned to the undersigned attorney, it was not placed on her Outlook Task list by office staff personnel responsible for case assignments.  Thus, the undersigned attorney remained unaware of the assignment and missed deadline until being contacted by Plaintiff's attorney's office on January 22, 2009.  The undersigned attorney makes the foregoing statements upon her oath as an officer of the Court, under penalty of perjury.

For the foregoing reasons, the undersigned attorney respectfully requests leave, with the consent of Plaintiff, for an additional thirty days from this date to file the Commissioner's cross-motion and supporting authorities.  The current due date is January 28, 2009.  If this motion is granted, the requested new due date will be February 27, 2009.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:  January 28, 2009.          By  */s/  Sarah Ryan*
                                                    SARAH RYAN
                                                    Special Assistant United States Attorney

                                                    Attorney for Defendant


Dated:  January 28, 2009            By  */s/ Terry LaPorte*
                                                    TERRY LaPORTE
                                                    (By telephone permission)

                                                    Attorney for Plaintiff

<ins>ORDER</ins>

IT IS ORDERED that Defendant's deadline for filing a cross-motion and responsive brief is hereby extended until February 27, 2009, and all other due dates are extended accordingly.

Dated: 1/28/09 , 2009.

THE HON. JEREMY FOGEL
United States District Judge